## US Attorney SDNYVerified account@SDNYnewsJan 22

#SDNY #USAO press conference at 1pm with @NewYorkFBI to announce public corruption charges against Sheldon Silver

0 replies37 retweets9 favorites
Reply
Retweet37Retweeted37
Favorite9Favorited9
More

- Share via Direct Message
- Share via email
- Embed Tweet
- Pin to your profile page
- Unpin from profile page
- Delete Tweet

- Retweets 37
- Favorites 9
- 

10:12 AM - 22 Jan 2015

### US Attorney SDNYVerified account@SDNYnewsJan 22

ICYMI: #SDNY charges Sheldon Silver with public corruption offenses. Read the PR here http://go.usa.gov/JFP9

0 replies20 retweets7 favorites
Reply
Retweet20Retweeted20
Favorite7Favorited7
More

- Share via Direct Message
- Share via email
- Embed Tweet
- Pin to your profile page
- Unpin from profile page
- Delete Tweet

- Retweets 20
- Favorites 7
- 

4:21 PM - 22 Jan 2015

## US Attorney SDNY Verified account @SDNYnews Jan 22

Bharara: Silver monetized his position as Speaker of the Assembly in two principal ways & misled the public about his outside income

0 replies 10 retweets 8 favorites
Reply
Retweet 10 Retweeted 10
Favorite 8 Favorited 8
More

- Share via Direct Message
- Share via email
- Embed Tweet
- Pin to your profile page
- Unpin from profile page
- Delete Tweet

- Retweets 10
- Favorites 8   
-

4:21 PM - 22 Jan 2015

## US Attorney SDNY Verified account @SDNYnews Jan 22

Bharara: Politicians are supposed to be on the ppl's payroll, not on secret retainer to wealthy special interests they do favors for

0 replies 55 retweets 29 favorites
Reply
Retweet 55 Retweeted 55
Favorite 29 Favorited 29
More

- Share via Direct Message
- Share via email
- Embed Tweet
- Pin to your profile page
- Unpin from profile page
- Delete Tweet

- Retweets 55
- Favorites 29
- 

4:21 PM - 22 Jan 2015