

Steven F. Molo
Molo Lamken LLP
540 Madison Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

March 18, 2015

Honorable Valerie Caproni,
　United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

<u>BY ECF AND HAND DELIVERY</u>

  Re: *United States v. Sheldon Silver*, No. 15 Cr. 93 (VEC)

Dear Judge Caproni:

  We write on behalf of Defendant Sheldon Silver to request oral argument in connection with Mr. Silver's motion to dismiss the indictment based on the prosecution's improper extrajudicial statements (Dkt. 12). Based on the submissions of the parties and *amici curiae* National Association of Criminal Defense Lawyers and New York State Association of Criminal Defense Lawyers, Mr. Silver believes that this motion raises important issues that merit argument before the Court.

                Respectfully submitted,

                Steven F. Molo
                Molo Lamken LLP

                Joel Cohen
                Stroock & Stroock & Lavan LLP

cc: all counsel by ECF