```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

         -against-

   SHELDON SILVER,
                              Defendant.
-------------------------------------------------------------- X

15-CR-093 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS by Order dated April 24, 2015 (Dkt. 34), the parties were directed to appear before the Court for Defendant's arraignment on the Superseding Indictment at 2:00 p.m. on Wednesday, April 29, 2015;

      IT IS HEREBY ORDERED that the arraignment previously set for April 29, 2015 shall be cancelled and rescheduled for Tuesday, April 28, 2015 at 10:00 a.m.

**SO ORDERED.**

**Dated: April 27, 2015**
       **New York, NY**

                                                          *[signature]*
                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**