

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2015

<u>By ECF and Hand</u>

The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States* v. *Sheldon Silver*, S1 15 Cr. 093 (VEC)

Dear Judge Caproni:

      The Government respectfully requests that the Court grant a short extension to the deadlines for the remaining briefing of motions *in limine*, such that the deadline for response briefs would be extended from today's date, September 25, 2015, to September 30, 2015, and the deadline for replies, if any, would be extended from October 2, 2015 until October 5, 2015.  This would be the second adjournment of the briefing deadlines for motions *in limine* in this matter.  Counsel for the defendant consents to this request.

                         Respectfully submitted,

                         PREET BHARARA
                         United States Attorney

         By:     /s/
              Carrie H. Cohen / Howard S. Master
              Andrew D. Goldstein / James M. McDonald
              Assistant United States Attorneys

cc (by ECF and email):    Defense Counsel