October 7, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/15
```

U.S. District Judge Valerie Caproni
Southern District of New York
500 Pearl St.
New York, NY

Dear Judge Caproni:

I am a reporter with Newsday, covering the case of US v. Silver, 15 CR 00093. I write with regard to a juror questionnaire the defense has proposed.

The questionnaire the defense has proposed (Docket 63) is headed "Confidential Juror Questionnaire for US v. Sheldon Silver." However, if you approve the use of questionnaires, I intend to seek access to them under the constitutional and common law presumptive right of access covering judicial documents and jury selection that the courts have recognized.

If the word "Confidential" is included in the questionnaire but you ultimately determine that the press and public have a right of access, the jurors may feel they have been misled. I would appreciate your considering leaving off the word "Confidential" so that the access issue is not pre-judged.

Thank you.

John Riley
Newsday
516-458-2393