October 15, 2015

U.S. District Judge Valerie Caproni
Southern District of New York
40 Foley Square
New York, N.Y.



Dear Judge Caproni:

I am a reporter with Newsday, covering the case of U.S. v. Silver, 15CR00093. I am writing for the second time with regard to the defense's use of the word "confidential" in its proposed juror questionnaire.

The word – which appears three times in the defense portion of the Oct. 14 joint submission on voir dire (Docket 76) – pre-judges and, in our view, misstates the law on an access motion I intend to make relating to questionnaires, and would thereby potentially mislead jurors.

When I previously brought this issue to your attention and urged removal of the word (Docket 74), you read my letter to the parties. I understood the defense to say that it would have no problem removing the word "confidential."

Since defense counsel have not removed the word, and my efforts to privately clear up with them whether they intend to remove it have not produced clarity, I again draw your attention to the issue. I apologize for taking your time again.

Thank you.

/John Riley
Newsday
516-458-2393
riley@newsday.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/15