

Steven F. Molo
MoloLamken LLP
540 Madison Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

**MEMO ENDORSED**

October 22, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2015
```

VIA ECF

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   *United States v. Sheldon Silver*, No. 15 Cr. 93 (VEC)

Dear Judge Caproni:

We represent Defendant Sheldon Silver in this matter. We write to respectfully request that the Court allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom during Mr. Silver's trial.

Subject to your approval, we will retain Courtroom Connect to provide these services, a vendor who has a contract with the Southern District of New York to be the exclusive provider of Internet access for attorneys. Courtroom Connect does not require any court resources to provide service, and has already installed the necessary network infrastructure in the court that is completely independent of the Court's existing systems. Courtroom Connect only needs the permission of the Court to temporarily activate connections inside the courtroom. This can be done easily, and, of course, will be paid for by the parties at no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

•   Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

•   The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel. Randy Reas (phone: 720-328-6551) from Courtroom Connect is available to answer any questions about service and can provide any additional information that you would like.

Many trials in federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom. Specifically, Courtroom Connect has provided services on a number of trials before the Southern District of New York. Below is a sample list of recent trials in SDNY where Internet access has been utilized.

| | | |
|---|---|---|
| 1) *United States v. Bonventre* | Honorable Laura Taylor Swain | Oct 2013 |
| 2) *United States v. Mazer* | Honorable George Daniels | Oct 2013 |
| 3) *United States v. Ghavami* | Honorable Kimba Wood | July 2013 |
| 4) *United States v. Newman* | Honorable Richard Sullivan | Nov 2012 |
| 5) *United States v. Carollo* | Honorable Harold Baer | May 2012 |
| 6) *United States v. Gupta* | Honorable Jed Rakoff | June 2012 |
| 7) *United States v. Rajaratnam* | Honorable Richard Holwell | Mar 2011 |
| 8) *United States v. Daugerdas* | Honorable William Pauley | Feb 2011 |
| 9) *Terra Firma v. CitiGroup* | Honorable Jed Rakoff | Oct 2010 |
| 10) *Tyco International v. Walsh* | Honorable Denise Cote | Oct 2010 |
| 11) *United States v. Cuti* | Honorable Deborah Batts | Apr 2010 |
| 12) *In Re: Vivendi Universal* | Honorable Richard Holwell | Oct 2009 |
| 13) *Infosint v. Lundbeck* | Honorable Lewis Kaplan | Oct 2009 |
| 14) *City of NY v. Exxon Mobil* | Honorable Shira Scheindlin | July 2009 |

Accordingly, we respectfully request that the Court allow Courtroom Connect to provide us with secure high-speed wired Internet access in the courtroom (and adjoining break-out room), and to permit Courtroom Connect to proceed to make proper arrangements with the District Executive Office of the Court and the official court reporter.

Very truly yours,

*/s/ Steven F. Molo*

Steven F. Molo
Justin V. Shur

CC:   All counsel of record (via ECF)

Application GRANTED.

SO ORDERED.

10/22/2015

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE