```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,     :
                                                             :    15-CR-093 (VEC)
            -against-     :
                                                            :    <u>ORDER</u>
                                                             :
    SHELDON SILVER,     :
                                  Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the Court submitted a proposed juror questionnaire to the parties on October 16, 2015;

        WHEREAS the parties appeared before the Court for a Final Pretrial Conference on October 21, 2015, and resolved all objections to the proposed juror questionnaire; and

        WHEREAS during the Conference, the Court ordered the parties to file a list of agreed-upon challenges for cause based on the completed questionnaires by noon on October 30, 2015;

        IT IS HEREBY ORDERED that:

        1.    In addition to the agreed-upon challenges for cause, by noon on October 30, 2015, the parties must also file a list of any challenges for cause on which the parties do not agree.

        2.    If there are any challenges for cause on which the parties do not agree, the parties must appear for a conference to discuss those challenges on **Friday, October 30, 2015, at 2:00 p.m.**, in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated: October 23, 2015**
       **New York, NY**

                                                                               **VALERIE CAPRONI**
                                                                               **United States District Judge**