**MEMO ENDORSED**



# THE WALL STREET JOURNAL.

Joanna Chung
Bureau Chief, Law

The Wall Street Journal
1211 Avenue of the Americas
New York, NY 10036
joanna.chung@wsj.com

DOW JONES

RECEIVED OCT 22 2015 CHAMBERS OF VALERIE CAPRONI U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/15

10/22/15

Dear Hon. Valerie Caproni,

I'm writing to request permission for Wall Street Journal reporter Erica Orden to bring electronics into your courtroom for the duration of Sheldon Silver's trial.

Erica will be covering the trial for our organization both in real-time for the website and for the print editions of the paper. It would extremely helpful if she could bring both a phone and a laptop into the courtroom. I assure you that she will use them reasonably and will not be in any way disruptive to the proceedings.

I want to make you aware that I also wrote a letter last week to the administrative office of the courthouse to request a "proceeding-specific" press pass for Erica so that she can have full access to the courthouse for the duration of the trial. The security desk usually takes away electronic devices from non-permanent reporters.

However, it is crucial to the accurate and timely coverage of this trial that Erica be allowed to have access to the courthouse with her equipment – and I hope, your courtroom.

Thank you for the consideration. Please let me know if there are questions or concerns regarding these requests.

All best,

Joanna Chung
Bureau Chief, Law
The Wall Street Journal
O: 212.416.2915
C: 917.215.5325

This request must be directed to Mr. Edward Friedland in the District Court Executive's Office.

SO ORDERED.

*Valerie Caproni*   10/23/15

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

A NEWS CORPORATION COMPANY