**LANKLER SIFFERT & WOHL LLP**
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/15

October 23, 2015

BY HAND DELIVERY

The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Room 240
New York, New York 10007

RECEIVED OCT 23 2015
CHAMBERS OF
VALERIE CAPRONI
U.S.D.J.

Re: *United States v. Sheldon Silver*, S1 15 Cr. 093 (VEC)

Dear Judge Caproni:

We represent non-party Dr. Robert Taub.

Enclosed please find two copies of Dr. Taub's Motion to Quash Defendant Sheldon Silver's Rule 17(c) subpoena *duces tecum* and accompanying Memorandum of Law. We respectfully request that the Court file the motion electronically.

For Your Honor's convenience, we are also enclosing two copies of the subpoena.

Respectfully submitted,

Lisa Zornberg

Lisa Zornberg

Enclosures

cc: All counsel of record (by electronic mail)

As an interested party in this case, Dr. Robert Taub has the Court's permission to file electronically for the remainder of this case. The Court Clerk is respectfully requested to grant counsel for Dr. Robert Taub access to electronic filing.

SO ORDERED.

Valerie Caproni    10/23/15

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE