```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,      :
                               :        15-CR-093 (VEC)
           -against-           :
                               :        ORDER
                               :
SHELDON SILVER,                :
                  Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 23, 2015, Dr. Richard Taub, a third-party, filed a Motion to Quash a subpoena issued by the Defendant; and

WHEREAS counsel for the Defendant filed a letter response on October 23, 2015 indicating a desire to negotiate with Dr. Richard Taub regarding the scope of the subpoena;

IT IS HEREBY ORDERED that:

1. Counsel for the Defendant and for Dr. Richard Taub must meet and confer on or before October 26, 2015 to attempt to resolve the dispute regarding Defendant's subpoena.

2. If the Defendant and Dr. Richard Taub cannot resolve this dispute, the Defendant must file a response to the Motion to Quash by October 27, 2015 at 6:00 p.m., any reply must be filed by October 28, 2015 at noon, and the parties must appear for oral argument on **Wednesday, October 28, 2015, at 2:00 p.m.**, in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated: October 23, 2015**
       **New York, NY**

                                              10/23/15

                                    **VALERIE CAPRONI**
                                    **United States District Judge**