LANKLER SIFFERT & WOHL LLP

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N. Y. IOIIO-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX     (212) 764-3701

October 27, 2015

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Room 240
New York, New York 10007

      Re:    *United States v. Sheldon Silver*, S1 15 Cr. 093 (VEC)

Dear Judge Caproni:

On behalf of Dr. Robert Taub, we write to inform the Court that we have successfully resolved all issues with the defense pertaining to the subpoena that is the subject of the motion to quash we filed last week. The defendant withdrew certain requests and limited others. The defendant also agreed that Dr. Taub need not produce documents he previously produced to the government. There are no outstanding issues that require the Court's attention. Accordingly, we respectfully request the motion to quash (Dkt. No. 103) be deemed moot or withdrawn.

Respectfully submitted,

*Lisa Zornberg*

Lisa Zornberg

cc:    All counsel of record (by ECF)