*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

October 29, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/29/15

**By ECF and E-Mail**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States* v. *Sheldon Silver*, 15 Cr. 093 (VEC)

Dear Judge Caproni:

The Government respectfully requests that Your Honor permit the Government to arrange for a Remote Real Time transcript feed that can be viewed by United States Attorney personnel outside of the courthouse during the trial in the matter scheduled to begin on November 2, 2015. The Remote Real Time feed will enable the official court reporter to send a real time transcript feed over a secure connection to our personnel following the proceedings from locations outside of court. The United States Attorney's Office will be responsible for all official court reporter fees incurred by this arrangement.

Subject to the Court's approval, the Government would retain Courtroom Connect to provide these services. Courtroom Connect is a vendor that has a contract with the Southern District of New York to be the exclusive provider of Internet access for attorneys in the courthouse. Courtroom Connect does not require any Court resources to provide this service and currently maintains a network in the courthouse that is completely independent of the Court's internal network. The Government will pay for all set up, installation and service fees; there will be no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

Hon. Valerie E. Caproni                                                                                                    Page 2
October 29, 2015

- The network is completely separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's District Executive Office and computer networking personnel. Randy W. Reas (phone: 720-328-6551) from Courtroom Connect is available to answer any questions. Mr. Edward Tyrrell, our Administrative Officer, is also available to answer any questions that Mr. Reas is unable to answer. Mr. Tyrrell can be reached at (212) 637-2269.

Many trials in federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom and secure Remote Real Time Transcript feeds. Specifically, Courtroom Connect has provided services on a number of trials before the Southern District of New York. Below is a list of recent trials in this District where Internet access has been utilized, including some in which Courtroom Connect provided the internet service and Remote Real Time Transcript feeds.

1) *United States v Bonventre*      Honorable Laura Taylor Swain      Oct 2013
2) *United States v Mazer*           Honorable George Daniels          Oct 2013
3) *United States v Ghavami*         Honorable Kimba Wood              July 2013
4) *United States v Newman*          Honorable Richard Sullivan        Nov 2012
5) *United States v Carollo*         Honorable Harold Baer             May 2012
6) *United States v Gupta*           Honorable Jed Rakoff              June 2012
7) *United States v Rajaratnam*      Honorable Richard Holwell         Mar 2011
8) *United States v Daugerdas*       Honorable William Pauley          Feb 2011
9) *Terra Firma v CitiGroup*         Honorable Jed Rakoff              Oct 2010
10) *Tyco International v Walsh*     Honorable Denise Cote             Oct 2010
11) *United States v Cuti*           Honorable Deborah Batts           Apr 2010
12) *In Re: Vivendi Universal*       Honorable Richard Holwell         Oct 2009

If these arrangements are acceptable to the Court, we have enclosed a proposed Order for the Court's consideration.

                                                Respectfully Submitted,

                                                PREET BHARARA
                                                United States Attorney

                                      By:____/s/_____
                                                Carrie H. Cohen/Howard S. Master/Andrew D. Goldstein
                                                Assistant United States Attorneys
                                                (212) 637-2264/2248/1559

Enc.
Cc by ECF:  Defense Counsel

Case 1:15-cr-00093-VEC   Document 110   Filed 10/29/15   Page 3 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15 Cr. 093 (VEC) |
| v. | : | **ORDER** |
| SHELDON SILVER, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the above referenced matter with Internet connectivity and Remote Real Time Transcript feeds for the duration of the trial of this matter scheduled to begin on Monday, November 2, 2015. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

Dated: New York, New York
       October   , 2015

SO ORDERED,

_____
VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE