Court Ex # 18
11-30-15
4:30pm  Id
M.B.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-30-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

SHELDON SILVER,
                             Defendant.
------------------------------------------------------------X

VERDICT SHEET
15-CR-93 (VEC)

All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).

## COUNT ONE:
### Honest Services Mail Fraud

On the charge of honest services mail fraud as to the Mesothelioma scheme, we the jury find the Defendant, SHELDON SILVER:

    Guilty __✓__         Not Guilty_____

## COUNT TWO:
### Honest Services Wire Fraud

On the charge of honest services wire fraud as to the Mesothelioma scheme, we the jury find the Defendant, SHELDON SILVER:

    Guilty __✓__         Not Guilty_____

## COUNT THREE:
### Honest Services Mail Fraud

On the charge of honest services mail fraud as to the tax certiorari scheme, we the jury find the Defendant, SHELDON SILVER:

    Guilty __✓__         Not Guilty_____

## COUNT FOUR:
### Honest Services Wire Fraud

On the charge of honest services wire fraud as to the tax certiorari scheme, we the jury find the Defendant, SHELDON SILVER:

    Guilty __✓__         Not Guilty_____

[1]

### COUNT FIVE:
### Extortion under Color of Official Right

On the charge of extortion under color of official right as to the Mesothelioma scheme, we the jury find the Defendant, SHELDON SILVER:

Guilty __✓__           Not Guilty_____

### COUNT SIX:
### Extortion under Color of Official Right

On the charge of extortion under color of official right as to the tax certiorari scheme, we the jury find the Defendant, SHELDON SILVER:

Guilty __✓__           Not Guilty_____

### COUNT SEVEN:
### Monetary Transactions Involving Crime Proceeds

On the charge of monetary transactions involving crime proceeds, we the jury find the Defendant, SHELDON SILVER:

Guilty __✓__           Not Guilty_____

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.*

Dated: __NOV. 30__, 2015
       __4:00PM__

__Bianca Maynard__
Foreperson