

Steven F. Molo
MoloLamken LLP
540 Madison Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

**MEMO ENDORSED**

December 26, 2015

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/15
```

<u>VIA CM/ECF</u>

    Re:   *United States v. Sheldon Silver*, No. 15 Cr. 093 (VEC)

Dear Judge Caproni:

    As you know, we represent Sheldon Silver in the above-captioned matter. We write to respectfully request that the deadline for Mr. Silver to file his post-trial motions, currently January 11, 2016, be extended by 10 days to January 21, 2016. Accordingly, we also respectfully request that the deadline for opposition briefs be extended by 10 days from February 19, 2016 to February 29, 2016, and that the deadline for reply briefs be extended by 10 days from March 4, 2016 to March 14, 2016.

    This is the first request for an adjournment of the deadline to file post-trial motions. Counsel for the Government consents to this request.

                    Respectfully submitted,

                    /s/ Steven F. Molo

                    Steven F. Molo

Cc: All counsel of record via CM/ECF

Application GRANTED. No additional extensions will be granted.

SO ORDERED.

*/s/ Valerie Caproni*
12/29/15

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE