```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA,

        -against-

   SHELDON SILVER,
                         Defendant.
------------------------------------------------------------ X

15-CR-093 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

    IT IS HEREBY ORDERED that:

    1.    Defendant's sentencing is scheduled for April 13, 2016, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    2.    No later than April 6, 2016, the parties must submit their sentencing submissions.

**SO ORDERED.**

**Dated: January 6, 2016**
       **New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**