USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/16

No. 15-cr-093 (VEC)

John Aretakis
7 Coyote Lane
Troy, NY 12180
917 – 304 – 4885
Aretakis@nycap.rr.com



January 20, 2016

Honorable Valerie E. Caproni
United States Courthouse
United States District Court
500 Pearl St.
New York, NY 10007

Re: People v. Sheldon Silver

Dear Judge Caproni:

    I write regarding the impending sentencing of Sheldon Silver. I had previously written the Court on December 15, 2015, and I respectfully request the chance to make a victim's impact statement at the sentencing of the Defendant. I speak for hundreds, if not thousands of persons who, due to the Defendant's legislative power, have been harmed or damaged by the Defendant's use of legislation in a manner that favored or benefited the Defendant or his friends personally.

    I do enclose a letter dated January 29, 2015 that I sent to Mr. Bharara regarding Mr. Silver, soon after Mr. Silver was arrested, along with an Affidavit that I submit to this Court. This demonstrates the continuing efforts I have made to uncover additional lobbying corruption.

    I have friends, both Democrats and Republicans, who had worked for Patricia Lynch, who could substantiate the type of "pay to play" environment that pervades our state government.

    I am hopeful (but not confident) that in Mr. Silver's statement to the Court at his sentencing that he will or may consider in his address this institutional and historic corruption and his and others' lobbying activities. We will likely see the same types of cases for decades in the future until this dialectic is addressed and reformed. Only a real "insider" can fully explain how dark this political arena actually is.

    If Mr. Bharara could get Mr. Silver to roll on Ms. Lynch and others and this entire system of "pay to play", then Mr. Bharara could likely prosecute the people outside of government that make money off this corrupt system, and he could deal a blow to these continuous and repeated crimes. Only after this type of admission could I see any leniency for this heavyweight politician.

    The entire lobbying process has turned into legalized or acceptable corruption, and hopefully the Court and Mr. Bharara will do their best to de-incentivize this system.

Thank you for your time to read this, and please feel free to share this letter to Mr. Silver's legal team, the prosecution and/or the media.

Thank you
John Aretakis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

UNITED STATES OF AMERICA

-against-   **AFFIDAVIT**
**(Judge Valerie E. Caproni)**

SHELDON SILVER

DEFENDANT.

## John Aretakis, under penalty of perjury states the following:

1. That I request to give a victim impact statement at Mr. Silver's sentencing. As someone who has dealt with Mr. Silver professionally, I and hundreds of people I have helped have been harmed by his actions and activities, after years of relying on his perceived leadership and morality.

2. That in addition to the crimes of which he has been convicted of, and lining his own pockets from his power over legislation, I have personal knowledge that Mr. Silver's former Chief of Staff, Patricia Lynch received significant lobbying fees, and in exchange for this, obtained Sheldon Silver's agreement to support, agree to, or kill legislation that Ms. Lynch's clients wanted.

3. This reciprocal relationship, like that which he was convicted of, was a result of his wielding his enormous power in corrupt and illegal ways. It appears the relationship between Ms. Lynch and Mr. Silver, and lobbyists connected to Mr. Silver, is one conduit for legislation influenced by money paid to lobbyist.

4. I do have specific knowledge that at the moment Ms. Lynch signed up the Catholic Conference as a client, and was paid her monthly retainer by them, that at that exact moment in time Sheldon Silver abandoned his longtime support of the Child Victim's Act legislation, that the Catholic Conference (which hired Ms. Lynch at this time) did not want, as it would have enabled victims of sexual abuse to sue the church for old cases of abuse, shielding pedophiles, and the cover-up of same.

1

5. In California, where this similar "Windows" legislation passed, it cost the Catholic Church over a <u>billion</u> dollars in settlements. Sheldon Silver single-handedly and unilaterally killed and abandoned this legislation that he previously championed and promoted because Patricia Lynch was now being paid significant "lobbying" fees by the Catholic Conference. These two events are matter of public record, and Ms. Lynch may still be receiving the church's largesse. These lobbying fees are the political "kickbacks" that caused Mr. Silver to turn against the Child's Victims Act.

6. From prosecutors I have talked to, the only way this "quid pro quo" could be proved is if Mr. Silver turned on Ms. Lynch, or Ms. Lynch proffered this information to the government. Even the sponsor of the bill, Assemblywoman Marge Markey acknowledged to me that this appeared to be how or why her Assembly bill was killed.

7. Thousands of victims of sexual abuse as children in New York State are unable to obtain justice or obtain reparations because of Mr. Silver's immoral and criminal corruption and the use of lobbyists to line the pockets of politicians and the lobbyists.

8. This is a civil rights matter as an entire class of victims of abuse have or have had their rights taken away or not allowed to be heard due to the lobbying and criminal corruption of Sheldon Silver and others connected to him.

9. Victims of childhood sexual abuse who are now adults in New York State do not have these prospective rights, and the sole reason is Mr. Silver successfully utilized the billions of dollars of cash the church has, to help and line the pockets of his friends and "personalized" lobbyists and others.

10. Victims do not want Mr. Silver to have a restful night in any prison he may go to. His actions are far worse than any pedophile, as he has allowed pedophiles to get away with their crimes on humanity because of the passage of time.

11. It is unfortunate that adults have sex with children, and Mr. Silver and his lobbyist friends found a way to make money off such an enterprise. His overwhelming power as the Assembly Speaker had easy and convenient ways to extract money from entities that were against certain legislation.

12. Unless Mr. Silver helps the federal government expose, prosecute and stop this corruption, in the form of supposedly legal lobbying, it will continue to make the State of New York the corrupt State it has been for decades.

13. Lobbying is or appears to be the decriminalization of criminal behavior and activity.

2

14. If Mr. Bharara does not or is not able to address this issue, it might go on indefinitely because the same legislative body that benefits makes their own rules, legislation, and determines what is, and is not a crime.

15. I do believe that Ms. Lynch still walks the halls of power and continues to make money off of her connections to politicians. This bears no semblance to justice, fairness, democracy or sanity.

16. Assemblywoman Marge Markey is a good and noble person, but she should be encouraged to stand up and speak the truth, that Sheldon Silver opposed her bill the child victims act, <u>only</u> after Patricia Lynch started to make money from the church, and after Ms. Lynch received lobbying fees paid by the church.

17. Democrats in the Assembly likely will not speak at Mr. Silver's sentencing for fear of being labeled a "rat". These same legislators hypocritically castigate citizens of New York who fail to speak out about gangs, drug dealers, and crimes where the perpetrators are widely known in the community. Whether legislators would not speak because some have similar lobbyist issues as does Mr. Silver, is something that may be of interest to Mr. Bharara.

18. This Affidavit and the statements contained in this document are made under the criminal penalty of perjury, and if the U.S. Attorney believes that there are lies contained herein, I am requesting to them or the FBI that I be charged and prosecuted. I say this because I am confident Mr. Bharara knows my information is accurate and truthful.

19. I applaud Mr. Bharara, and suggest his investigators contact me if they are interested in additional infestation that permeates the state capital. Should I be allowed to give a victim's impact or other statement, I will abide by all of the guidelines of Mr. Bharara or the Court. I respectfully request this document and my three letters be made a part of the Court file, and that the prosecution and defense each be given a copy of same.

Dated: Troy, New York,
January 20, 2016

*John Aretakis*
John Aretakis
7 Coyote Ln.
Troy, NY 12180
917 – 304 – 4885
aretakis@nycap.rr.com

Sworn to before me this 20 day of January, 2016.
*Nia C. Cholakis*
Notary Public, State of New York
QUALIFIED IN RENSSELAER CO. 3
02 CH 601 8618
NIA C. CHOLAKIS, ESQ

John Aretakis<br>
7 Coyote Lane<br>
Troy, NY 12180<br>
917 – 304 – 4885<br>
Aretakis@nycap.rr.com

January 29, 2015

The Honorable Preet Bharara
United States Attorney
United States Attorney's Office
86 Chambers Street / 3rd Floor
New York City, NY 10007

Dear Mr. Bharara:

    I am writing to provide you with information about Sheldon Silver. From 2005 to 2010, Mr. Silver supported a statute of limitations "windows" legislation that would let childhood sexual abuse victims sue even if the abuse was 20 or 30 years ago.

    Then about five years ago, the Catholic Conference was successful in getting Patricia Lynch to lobby for them. At that time, I was told by a colleague who works for Ms. Lynch that the "windows" legislation was dead.

    The fact that Ms. Lynch took on the Catholic Conference as a lobbying client, meant that Mr. Silver was switching to oppose the legislation. Since Ms. Lynch was formally Sheldon Silver's Chief of Staff, I am sure she delivers buckets of cash to him once the clients start paying her annual retainer. It is just this protection racket that you have only started to uncover.

    I stand ready to assist you.

John Aretakis

1