USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/2/16____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :        15-CR-093 (VEC)
                -against-                     :
                                             :          ORDER
                                             :
SHELDON SILVER,                              :
                              Defendant.     :
--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 22, 2016, the parties filed letter briefs under seal regarding

whether to disclose the sealed transcript from the October 16, 2015 oral argument and the related

sealed filings;

IT IS HEREBY ORDERED that:

1.      Oral argument regarding disclosure of these documents shall be held on

**February 11, 2016, at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall United States

Courthouse.

2.      Counsel for the affected third parties and the media should attend the oral

argument if they wish to be heard on the issue of disclosure.

3.      The Court intends to conduct as much of the oral argument as possible in open

court.  To the extent it is necessary to close the courtroom to consider particular arguments, such

as proposed redactions, the Court will do so.

**SO ORDERED.**

**Date:  February 2, 2016                    VALERIE CAPRONI**
       **New York, New York                 United States District Judge**