Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2018

Caption:
United States of America v.

Sheldon Silver

Docket No.: S1 15 Cr. 93
Valerie E. Caproni
(District Court Judge)

Notice is hereby given that Sheldon Silver appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____
(specify)
entered in this action on July 30, 2018.
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   trial ✓   N/A ☐

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: July 27, 2018   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Surrender date set for October 5, 2018. Motion to continue bail pending appeal filed in the district court.

Appellant is represented by counsel? Yes ✓   No ☐   If yes, provide the following information:

Defendant's Counsel: Allen & Overy LLP by Michael S. Feldberg, Esq.
Counsel's Address: 1221 Avenue of the Americas
New York, NY 10020
Counsel's Phone: (212) 610-6360

Assistant U.S. Attorney: Daniel C. Richenthal and Damian Williams
AUSA's Address: One Saint Andrew's Plaza
New York, NY 10007
AUSA's Phone: (212) 637-2109/2298

Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401215944
Cashier ID: Ccortes
Transaction Date: 08/13/2018
Payer Name: KURT VELLEK
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: KURT VELLEK
 Amount:          $505.00
-------------------------------------
CREDIT CARD
 Amt Tendered:   $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

15CR093 (VEC)
```