

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 17, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/18/18

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Sheldon Silver*,
           S1 15 Cr. 93 (VEC)

Dear Judge Caproni:

    On behalf of both parties in the above-captioned matter, the Government respectfully writes to advise the Court that the parties have reached an agreement in principle with respect to the remaining quantum and application of forfeited funds. The Government anticipates that it will take approximately one week (in part given that Yom Kippur is tomorrow evening-Wednesday evening) to memorialize the agreement and transmit it to the Court for review and signature. The parties accordingly respectfully submit that there is no need for the filing of briefs regarding forfeiture tomorrow or a hearing regarding forfeiture this Friday afternoon.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    By: s/ Daniel C. Richenthal
        Daniel C. Richenthal
        Damian Williams
        Assistant United States Attorneys
        (212) 637-2109/2298

cc:   (by ECF)

    Counsel of Record

The Court adjourns the parties' submission deadline today and conference scheduled for September 21, 2018. The parties must submit their forfeiture agreement by no later than September 25, 2018.

SO ORDERED.

*[signature]*  9/18/18

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE