S.D.N.Y.
15-cr-93
Caproni, J.

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand eighteen.

PRESENT:

José A. Cabranes,
Robert D. Sack,
Barrington D. Parker,
            *Circuit Judges.*

United States of America,

                    *Appellee*,                          **ORDER**

            v.                                           18-2380-cr

Sheldon Silver,

                    *Defendant-Appellant.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 03 2018

On September 23, 2018, Defendant-Appellant Sheldon Silver moved for an emergency stay of his surrender date and financial penalties and for release pending appeal of his conviction. The Government opposed Silver's motion.

The motion is **GRANTED**; Silver's surrender date and financial penalties are stayed and his request for release pending appeal under his current conditions of release is **GRANTED**.

The appeal is **EXPEDITED**. Silver's initial brief will be due on or before October 26, 2018. The Government's response will be due on or before November 14, 2018. Silver's reply brief will be due on or before December 3, 2018. The appeal will be regarded as ready for oral argument by a Merits Panel as soon as possible after December 3, 2018.

The stay expires seven days after the Merits Panel deems the matter submitted for decision, without prejudice to any other action on the matter by the Merits Panel at that time.

CERTIFIED COPY ISSUED ON 10/03/2018

Action on this motion is not intended to—and does not—intimate any view of any kind concerning the gravity of the offenses charged or the merits of this appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2