```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        -against-

SHELDON SILVER,

                              Defendant.
------------------------------------------------------------ X

15-CR-93 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 1, 2020, the Second Circuit issued a mandate reversing and vacating Defendant's conviction on Counts 1s, 2s, and 5s and affirming the conviction on Counts 3s, 4s, 6s, and 7s and remanding this case to dismiss the indictment with prejudice as it pertains to the reversed counts and for resentencing (Dkt. 489);

      IT IS HEREBY ORDERED that Counts 1s, 2s, and 5s of the (S1) Superseding Indictment (Dkt. 32) are DISMISSED.

      IT IS FURTHER ORDERED that resentencing is scheduled for **June 25, 2020, at 2:00 p.m.**  The parties' sentencing submissions are due no later than **June 11, 2020**.

      IT IS FURTHER ORDERED that the Government must submit a letter of no more than five, single-spaced pages addressing whether the Second Circuit's decision affects Defendant's forfeiture amounts and, if so, to what extent, no later than **June 4, 2020**.  Defendant may respond with a letter abiding by the same restrictions no later than **June 11, 2020**.

**SO ORDERED.**

**Date:  April 2, 2020**
**New York, New York**

                                _____
                                **VALERIE CAPRONI**
                                **United States District Judge**