```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :           15-CR-93 (VEC)
         -against-                       :
                                         :              ORDER
                                         :
SHELDON SILVER,                          :
                           Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on May 19, 2020, Defendant requested to substitute new counsel (Dkt. 492);

   IT IS HEREBY ORDERED that proposed new counsel, Meir Feder and James Loonam, must file notices of appearance no later than **May 25, 2020**.

   **SO ORDERED.**

Date: **May 21, 2020**                              _____
      **New York, NY**                                       **VALERIE CAPRONI**
                                                         **United States District Judge**