**MEMO ENDORSED**

**ALLEN & OVERY**

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel        212 610 6300
Fax       212 610 6399
Direct line   212 610 6496
AndrewRhys.Davies@AllenOvery.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    5/26/2020

May 19, 2020

**Re:**   *United States v. Sheldon Silver*, S1 15 Cr. 93 (VEC)

Dear Judge Caproni:

We are counsel of record for Mr. Silver in the above-captioned action. We write pursuant to Your Honor's Individual Practices in Criminal Cases to request that the Court relieve Andrew Rhys Davies, Michael Franklin Westfal, and Rebecca Ann Cecchini, née Naeder, of Allen & Overy LLP, and Michael S. Feldberg, now of Reichman Jorgenson LLP, as counsel of record, and permit Mr. Silver to substitute new counsel to represent him in connection with the resentencing ordered by the Court on April 2, 2020 (Dkt. No. 490).

We have conferred with Mr. Silver's proposed substitute counsel, Meir Feder and James Loonam of Jones Day LLP, who handled Mr. Silver's appeal, and counsel for the government, and all sides are available to appear for a conference at the Court's convenience, except for the following times: May 20 from 8 am to 12pm; May 21 from 8 am to 9 am; and May 28 after 3 pm. The parties also do not object to such a conference being by video or telephone in light of the COVID-19 pandemic and pertinent SDNY procedures.

Application GRANTED.
SO ORDERED.

*[signature]*
5/26/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Copy       Damian Williams, Esq.
           Daniel Richenthal, Esq.
           Meir Feder, Esq.
           James Loonam, Esq.
           Michael S. Feldberg, Esq.

Respectfully submitted,

/s/ Andrew Rhys Davies

Andrew Rhys Davies

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.