```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,    :
                                                 :      15-CR-93 (VEC)
        -against-                           :
                                                 :      <u>ORDER</u>
                                                 :
   SHELDON SILVER,                 :
                      Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS resentencing is scheduled for June 25, 2020 (Dkt. 490);

      IT IS HEREBY ORDERED that resentencing is adjourned to **July 20, 2020, at 2:00 p.m.**

All other deadlines for the parties' sentencing submissions and letter briefing on the issue of forfeiture remain the same.

**SO ORDERED.**

Date:  **June 1, 2020**  
        **New York, NY**

                                                            **VALERIE CAPRONI**  
                                                            **United States District Judge**