

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020

June 3, 2020

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Sheldon Silver*,
             S1 15 Cr. 93 (VEC)

Dear Judge Caproni:

      The Government respectfully writes in the above-captioned matter, with the consent of the defendant, to request an eight-day adjournment of the deadline for the Government to file a letter concerning its position with respect to forfeiture in light of the Second Circuit's partial vacatur, from Thursday, June 4 to Friday, June 12. The parties have been conferring regarding forfeiture, and in particular, the amount of growth on forfeitable proceeds and the sums/assets at issue with respect to the Section 1957 count, and have made progress towards an agreement. We are hopeful that, with some additional time, the parties either will reach agreement on all aspects of forfeiture or at least meaningfully narrow the scope of any remaining disagreement.

                                  Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

                   By:  <u>s/ Daniel C. Richenthal</u>
                        Daniel C. Richenthal
                        Damian Williams
                        Assistant United States Attorneys
                        (212) 637-2109/2298

cc:    (by ECF)

       Counsel of Record

Application GRANTED. The Government's letter is due no later than **June 12, 2020**. Defendant's response is due no later than **June 19, 2020**.

SO ORDERED.

*/s/ Valerie Caproni*   6/4/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE