# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-3808
jloonam@jonesday.com

**MEMO ENDORSED**

June 8, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/9/2020

BY ECF

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

       Re:    United States v. Sheldon Silver, 15 Cr. 093 (VEC)

Dear Judge Caproni:

       We respectfully submit this letter to request a short adjournment of the parties' sentencing submissions, currently due on June 11, 2020.  The government joins this motion.  Sentencing is scheduled for July, 25, 2020.

       This afternoon, the United States Probation Department advised the parties that it intends to submit an update to the Presentence Report ("PSR").  The defendant will need one-week to review and incorporate the updated PSR into his sentencing submission.  In addition, as the Court is aware, the parties are engaged in ongoing and constructive discussions regarding the amount of money and gain involved in the counts of conviction for forfeiture purposes.  These issues are also relevant to the sentencing submissions.  We expect to conclude the discussions with the government soon.  If the parties reach agreement, it would streamline both the update to the PSR and the sentencing submissions.  Accordingly, the parties jointly request the Court grant a brief adjournment of the filing date for the sentencing submissions to one-week from the date Probation submits the updated PSR.

       Respectfully submitted,

       /s/ James P. Loonam
James P. Loonam
Meir Feder
Colleen Noonan Ryan
Abigael Bosch

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

The Honorable Valerie E. Caproni
June 8, 2020
Page 2

Application GRANTED.

SO ORDERED.

cc: Counsel of record (via ECF)

*[signature]*

6/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE