# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3808
Jloonam@jonesday.com

**MEMO ENDORSED**

June 19, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

BY ECF

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  United States v. Sheldon Silver, 15 Cr. 093 (S-1) (VEC)

Dear Judge Caproni:

As set forth in the government's letter dated June 12, 2020, ECF No. 507, we have reached an agreement in principle with the government regarding forfeiture. We received the government's draft proposed order this evening, which we will review.

Respectfully submitted,

/s/ James P. Loonam
James P. Loonam
Meir Feder
Colleen Noonan Ryan
Abigael Bosch

The Government must submit its proposed forfeiture order no later than **July 16, 2020**.

The Government must also report to the Court how much Mr. Silver has paid to date of the $1.75 million fine ordered by the Court (*see* Dkt. 468) which was stayed by the Second Circuit pending appeal (*see* Dkts. 479, 484).

SO ORDERED.

[signature] 7/15/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE