# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3808
Jloonam@jonesday.com

**MEMO ENDORSED**

July 15, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/16/2020

BY ECF

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Sheldon Silver, 15 Cr. 093 (VEC)

Dear Judge Caproni:

We respectfully submit this letter on behalf of Mr. Silver to request a teleconference with the Court to discuss some logistical issues in advance of Mr. Silver's in-person appearance for sentencing on July 20, 2020. We have conferred with the Government and both parties are available for a teleconference on Friday, July 17, 2020 before noon or after 3 PM EDT.

Respectfully submitted,

/s/ James P. Loonam
James P. Loonam
Meir Feder
Colleen Noonan Ryan
Abigael Bosch

cc: Counsel of record (ECF)

A teleconference is scheduled for **July 17, 2020, at 11:00 a.m.**

Dial-in: (888) 363-4749
Access code: 3121171#
Security code: 0093#

SO ORDERED.

7/16/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON