

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 16, 2020

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Sheldon Silver*,
             S1 15 Cr. 93 (VEC)

Dear Judge Caproni:

     The Government respectfully writes in the above-captioned matter to provide the Court with (a) the proposed consent order of forfeiture, to which the parties have agreed, and (b) information regarding the defendant's prior payments towards the fine previously imposed by the Court.

     With respect to the former, the proposed order is enclosed for the Court's consideration, and contains the terms summarized in the Government's letter of June 12, 2020.

     With respect to the latter, the Government understands that, prior to the stay order issued by the Second Circuit in October 2018, the defendant had paid $76,698 in total towards the fine, leaving a balance of $1,677,008 ($1,673,302 in principal and $3,706 in then-accrued interest).

Hon. Valerie E. Caproni
July 16, 2020
Page 2 of 2

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney

By: s/ Daniel C. Richenthal
      Daniel C. Richenthal
      Damian Williams
      Assistant United States Attorneys
      (212) 637-2109/2298

Enclosure

cc:    (by ECF)

       Counsel of Record