```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :          15-CR-93 (VEC)
           -against-                        :
                                            :          ORDER
                                            :
SHELDON SILVER,                             :
                            Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

At the teleconference scheduled for July 17, 2020, at 11:00 a.m., the Court will ask the Government to explain the difference between the amount Mr. Silver was required to forfeit after the second trial and the amount he is now being required to forfeit per the Government's proposed forfeiture order (Dkt. 521-1). The Court will also ask why the property at 32 Mountain Drive, Woodridge, New York has never been part of the property subject to forfeiture.

**SO ORDERED.**

Date: **July 17, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**