USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
  :     15-CR-93 (VEC)
          -against-  :
  :     ORDER
  :
SHELDON SILVER,  :
                    Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS resentencing is scheduled for July 20, 2020, at 2:00 p.m.;

IT IS HEREBY ORDERED that Courtroom 506 of the Thurgood Marshall Courthouse, 40 Foley Square, not Courtroom 443 as previously indicated, will serve as the overflow courtroom for members of the public to observe the proceeding. The resentencing will otherwise still proceed in Courtroom 110.

IT IS FURTHER ORDERED that the public can remotely access the audio of the proceeding by dialing into (888) 363-4749, Access code: 3121171#, Security code: 0093#. All persons accessing the conference dial-in are reminded to keep their devices on mute and that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that Defendant's written submission regarding his current financial position, the status of litigation with respect to his state pension, and the potential collateral consequences should this Court sentence him to a term of incarceration is due no later than **July 20, 2020, at 10:00 a.m.**

**SO ORDERED.**

**Date:  July 17, 2020**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.